ANASTASIA LANARIS, Respondent, v. GERALDINE H. ZAVISCA, Individually and as Administratrix of the Estate of JOSEPH A. ZAVISCA, Deceased, Appellant.—

Memorandum: Under rule 121-a of the Rules of Civil Practice there is broad latitude for examination of an opposing party. The order herein limits the examination contrary to the rule. It should be modified as indicated in the decision. (Appeal by defendant from certain parts of an order of Erie Special Term granting plaintiff's motion to vacate defendant's motion to examine plaintiff.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.